**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 37  
**IP Address:** 74.71.18.200  
**ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/16/2018 23:11:46 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/05/2017 21:40:18 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 128E1EE9D56764851A20FC6C3644C70FC3D478DD | Tushy | 06/16/2017 18:32:10 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 4 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/26/2017 14:07:27 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 5 | 15767B4CF1BDB5ADD8DC3544393A9C265AFAA5B5 | Blacked | 12/26/2017 14:13:35 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 6 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | Vixen | 08/16/2017 21:59:35 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 7 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | Vixen | 05/24/2017 13:36:18 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 8 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 08/02/2017 13:18:34 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 9 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/15/2017 15:05:33 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 10 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 05/30/2017 21:56:56 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 11 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 05/26/2017 13:43:17 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 12 | 497CB07AE705DAF086E6792FEBC32AD5EBC9C23D | Vixen | 07/11/2017 19:52:05 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 13 | 4BD4EAA1DC0958A48BD37DA0BA02AD893D39EE77 | Vixen | 11/20/2017 21:25:13 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 14 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Ra | 11/10/2017 18:14:00 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 15 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/24/2017 20:08:38 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 16 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/10/2017 16:27:43 | 10/08/2017 | 10/22/2017 | PA0002058298 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 05/11/2017 19:57:55 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 18 | 603632A7A1AB848DCEB86BA67303E60FAA17D2C0 | Tushy | 09/04/2017 17:12:22 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 19 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 08/16/2017 21:59:19 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 20 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 05/09/2017 21:11:24 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 21 | 77537958D009D974B9970112342BCA232614C16F | Blacked | 01/10/2018 21:54:55 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 22 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/13/2017 14:53:37 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 23 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 05/30/2017 21:57:07 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 24 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 07/03/2017 13:21:18 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 25 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 10/16/2017 20:15:08 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 26 | 88DD2053AC9078DC507F820E876F04C99C92167B | Tushy | 01/12/2018 18:36:37 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 27 | 9721A32E2CBD9B2BF2CB77378E346C80620F83E4 | Vixen | 09/07/2017 14:43:57 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 28 | 992FDDD2DE50632349443D9DA5DE56C05C7BE204 | Blacked | 05/11/2017 12:16:38 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 29 | A0ADB3A30F85C72D9DFB2C187F72D866FC4A0A4C | Tushy | 05/26/2017 19:27:30 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 30 | A3DA962966B22156A853DCCE4289A66A113ECF29 | Tushy | 09/04/2017 17:12:40 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 31 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | Vixen | 05/04/2017 19:04:45 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 32 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 12/26/2017 14:13:47 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 33 | C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD | Tushy | 08/10/2017 00:06:47 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 34 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 07/13/2017 18:10:58 | 07/13/2017 | 08/10/2017 | PA0002046873 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | EA9B3A53CA20ACAF75F495FB1ECF65A7A12B895A | Blacked | 06/30/2017 13:18:48 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 36 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/03/2017 13:22:19 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 37 | EE7B431D4EF0439F713DA25D5DE5094C4F92B6C9 | Vixen | 11/10/2017 18:13:28 | 10/21/2017 | 11/15/2017 | 16016503512 |