UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** | Case No. 1:18-cv-001592 (DLC) |
| *Plaintiff,* | CIVIL ACTION |
| vs. | |
| **JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 74.71.18.200,** | |
| *Defendant.* | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 74.71.18.200.


Dated: May 23, 2018            /s/ Leslie A. Farber
                               Leslie A. Farber (LF:7810)
                               Leslie A. Farber, LLC
                               33 Plymouth Street, Suite 204
                               Montclair, NJ 07042
                               email: LFarber@LFarberLaw.com
                               Ph.  (973) 509-8500
                               Fax: (973) 860-1174