UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
STRIKE 3 HOLDINGS, LLC,                    :
                                           :
                              Plaintiff,   :   18cv1592(DLC)
                                           :
            -v-                            :   ORDER
                                           :
JOHN DOE subscriber assigned IP            :
address 74.71.18.200,                      :
                                           :
                              Defendant.   :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

    On July 20, 2018, the defendant moved pursuant to Fed. R.

Civ. P. 12(b)(6) to dismiss the plaintiff's complaint.  On

August 10, the plaintiff filed an amended complaint.

Accordingly, it is hereby

    ORDERED that the defendant's July 20 motion to dismiss

shall be terminated as moot.

Dated:    New York, New York
          August 15, 2018

                                   _____
                                            DENISE COTE
                                   United States District Judge