**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:18-cv-01592-DLC
                                     Plaintiff,                  :
                                                                 :
                         vs.                                     :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
74.71.18.200,                                                    :
                                                                 :
                                     Defendant.                  :
-----------------------------------------------------------------X
```

## PLAINTIFF'S VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 74.71.18.200, are voluntarily dismissed with prejudice.

Dated: September 5, 2018                    Respectfully submitted,

                                                       **FOX ROTHSCHILD, LLP**

                                                       By: /s/ *Shireen Nasir*
                                                           Shireen Nasir, Esq.
                                                           snasir@foxrothschild.com
                                                           101 Park Avenue
                                                           17th Floor
                                                           New York NY 10178
                                                           Tel.: (212) 878-7900
                                                           Fax: (212) 692-0940
                                                           www.foxrothschild.com
                                                           *Attorneys for Plaintiff*